IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIE MARTIN, individually and as
Administrator of the Estate of Kevin Scott,
and LINDA SCOTT HARRIS,
individually and as mother of Kevin Scott,

        Plaintiffs,

vs.

CORRECTIONS CORPORATION OF
AMERICA, et al.,

        Defendants.

No. 05-2181 Ml

JURY DEMANDED

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

On this day, came on for consideration, Plaintiffs' Motion for Extension of Time to file Response to Motion of Shelby County and Youth Services Bureau to Dismiss, or in the Alternative, for Summary Judgment, and the Court having considered same, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiffs shall have until August 1, 2005, to file their response to Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment.

United States District Judge

June 23, 2005
Date

Document entered on the docket sheet in compliance
and/or 79(a) FRCP on 6-24-05

Approved:

*/s/ Kathryn W. Olita*

Jeffrey S. Rosenblum, 13626
Kathryn W. Olita, 23075
Attorneys for Plaintiffs
80 Monroe Avenue, Suite 560
Memphis, TN 38103
(901) 527-9600

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02181 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
605 Poplar Avenue
Memphis, TN 38105

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT