FILED BY _____ D.C.

05 JUL -5 PM 3: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
WILLIE MARTIN, individually and   )
as Administrator of the Estate    )
of Kevin Scott, and LINDA         )
SCOTT HARRIS, Individually        )
and as mother of Kevin Scott,     )
                                  )
      Plaintiffs,                 )
                                  )
v.                                )    No. 05-2181 Ml/P
                                  )
CORRECTIONS CORPORATION OF        )
AMERICA, et al.,                  )
                                  )
      Defendants.                 )
```

**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL and ORDER RESETTING TRIAL DATES**

Before the Court is the Motion to Continue of Defendants Corrections Corporation of America, Danny Scott and Magnolia Vaughn, filed June 27, 2005. For good cause shown, the motion is GRANTED.

The Court hereby sets the following trial schedule in this case:

Trial: <u>Monday, September 11, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Tuesday, September 5, 2006, at 8:45 a.m.</u>

Pretrial Order: <u>Tuesday, August 29, 2006, by 4:30 p.m.</u>

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-6-05___



So ORDERED this 6 day of July, 2005.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02181 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
605 Poplar Avenue
Memphis, TN 38105

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT