Ml
CHJP FILED BY CQ D.C.

05 AUG 18 AM 11: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

FILED BY cas

AUG 16 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN. Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| WILLIE MARTIN, et al, | * | |
| Plaintiff, | * | |
| vs. | * | No. **05-2181 M1** |
| CORRECTION CORPORATION OF AMERICA, et al | * | **MOTION GRANTED** |
| Defendant. | * | |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Aug 18 2005
DATE

## MOTION FOR EXTENSION OF TIME

**COMES NOW**, Plaintiffs, by and through counsel of record, Paul J. Springer, and respectfully request that this Honorable Court grant an extension of time in which to file Plaintiff's Response to Motion to Intervene and Amend Complaint. For the reasons set out in the attached Memorandum, Plaintiffs' counsel request a five (5) day extension. This is Plaintiff's first request for an extension of time to file a Response to Motion to Intervene.

**WHEREFORE, PREMISES CONSIDERED**, counsel for Plaintiffs respectfully request that this Court grant a five (5) day extension of time or until August 22, 2005, in which to file Plaintiffs' Response to Motion to Intervene.

Respectfully Submitted,

By: _____
Paul J. Springer (#021267)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05

30

Attorney for Plaintiff
100 North Main Bldg., #3015
Memphis, TN 38103
(901) 528-8391

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2005, a copy of the foregoing Motion for Extension of Time to respond to Motion to Intervene was served on counsel for Plaintiff, by placing a copy in the U.S. Mail, first-class, postage prepaid, addressed as follows:

Debra Fessenden
Assistant County Attorney
160 N. Main St.
Ste. 600
Memphis, TN 38103

James Pentecost
Michelle Booth
Attorneys at Law
106 Stonebridge Blvd.
Jackson, TN 38305

John Cox
Attorney at Law
P.O. Box 621
Greenville, MS 38701

Jeff Rosenblum
Attorney at Law
80 Monroe Ave., Ste. 950
Memphis, TN 38103

Paul J. Springer

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02181 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
605 Poplar Avenue
Memphis, TN 38105

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT