IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.
05 AUG 30 AM 6:54
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WILLIE MARTIN, individually and as Administrator of the Estate of Kevin Scott, and LINDA SCOTT HARRIS, Individually and as mother of Kevin Scott <br><br> Plaintiffs, <br><br> v. <br><br> CORRECTION CORPORATION OF AMERICA, et al, <br><br> Defendants. | No. 05-2181 M1/P |

## ORDER TO SHOW CAUSE

Before the Court is the Motion to Intervene and to Amend Complaint and Supporting Memorandum by Plaintiff Willie Martin and Potential Intervenor Scott Peatross, filed July 15, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to the motion was due on or before August 2, 2005. To date, Plaintiff Linda Scott Harris has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Plaintiff Martin's and Potential Intervenor's motion should not be

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

32

granted.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in a judgment in favor of Plaintiff Martin and Potential Intervenor on the motion.

So ORDERED this 29 day of August, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] To comply with this Order, Plaintiff must file a written response to the above motion.

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02181 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
605 Poplar Avenue
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT