FILED BY _AC_ D.C.

05 AUG 29 PM 4: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| WILLIE MARTIN, et al, | * | |
| Plaintiff, | * | |
| vs. | * | No. __05-2181 M1__ |
| CORRECTION CORPORATION OF AMERICA, et al | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

It appearing to the court that Plaintiff's Motion for Extension of Time to Respond to Plaintiff Administratior's Motion to Intervene and to Amend Complaint is well taken, it is therefore hereby ORDERED, ADJUDGED and DECREED that the Plaintiff have until August 26, 2005, in which to respond to Administrator's Motion to Intervene and to Amend Complaint.

IT IS SO ORDERED this 29th day of _August_, 2005.

_Diane K. Vescovo_

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-30-05_

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CV-02181 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
605 Poplar Avenue
Memphis, TN 38105

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT