**FILED BY**

D CHJV

FILED BY ⟨⟩ D.C.

05 SEP -1 PM 3:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AUG 2 6 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIE MARTIN, et al,** | * | |
| Plaintiff, | * | |
| vs. | * | No. **05-2181 M1** |
| **CORRECTION CORPORATION OF AMERICA, et al** | * | **MOTION GRANTED** |
| Defendant. | * | |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
3/1/2005
DATE

## MOTION FOR EXTENSION OF TIME

**COMES NOW**, Plaintiffs, by and through counsel of record, Paul J. Springer, and respectfully request that this Honorable Court grant an extension of time in which to file Plaintiff's Response to Motion to Intervene and Amend Complaint. For the reasons set out in the attached Memorandum, Plaintiffs' counsel request a five (5) day extension. This is Plaintiff's second request for an extension of time to file a Response to Motion to Intervene.

**WHEREFORE, PREMISES CONSIDERED**, counsel for Plaintiffs respectfully request that this Court grant a five (5) day extension of time or until August 26, 2005, in which to file Plaintiffs' Response to Motion to Intervene.

Respectfully Submitted,

By: _____
Paul J. Springer (#021267)

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9/2/05

38

Attorney for Plaintiff
100 North Main Bldg., #3015
Memphis, TN 38103
(901) 528-8391

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of August 2005, a copy of the foregoing Motion for Extension of Time to respond to Motion to Intervene was served on counsel for Plaintiff, by placing a copy in the U.S. Mail, first -class, postage prepaid, addressed as follows:

Debra Fessenden
Assistant County Attorney
160 N. Main St.
Ste. 600
Memphis, TN 38103

James Pentecost
Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

John Cox
Attorney at Law
P.O. Box 621
Greenville, MS 38701

Jeff Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave., Ste. 950
Memphis, TN 38103

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358



Paul J. Springer

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CV-02181 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
605 Poplar Avenue
Memphis, TN 38105

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT