IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIE MARTIN, individually )
and as father of Kevin Scott, )
and LINDA SCOTT HARRIS, )
individually and as mother )
of Kevin Scott, )
 )
    Plaintiffs, )
 )
v. ) No. 05-2181 Ml/P
 )
CORRECTION CORPORATION OF )
AMERICA, et al., )
 )
    Defendants. )

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER
TO EXTEND DEADLINES**

Before the Court is the Joint Motion to Modify Scheduling Order to Extend Deadlines Pending Resolution of Motion to Intervene and to Amend Complaint[1], filed November 10, 2005. For good cause shown, the Motion is GRANTED. The parties are hereby ORDERED to submit a revised scheduling order which preserves the current trial date. The order should set the date to submit final responses to dispositive motions no later than seventy five (75) days before the date the pretrial order is due.

So ORDERED this 15 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] The Court entered an order denying the motion to intervene and to amend complaint on November 9, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:05-CV-02181 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
605 Poplar Avenue
Memphis, TN 38105

Felisa N. Cox
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 660
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT