IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

WILLIE MARTIN, individually        )
and as father of Kevin Scott,      )
and LINDA SCOTT HARRIS,            )
individually and as mother        )
of Kevin Scott,                    )
                                   )
    Plaintiffs,                    )
                                   )
v.                                 )   No. 05-2181 Ml/P
                                   )
CORRECTIONS CORPORATION OF        )
AMERICA, et al.,                   )
                                   )
    Defendants.                    )

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

This cause is before the Court in connection with the Report
and Recommendation of Magistrate Judge Pham, filed May 25, 2006,
regarding Defendants' Motion to Dismiss or in the Alternative
Motion for Contempt for Plaintiff, Linda Scott Harris', Failure
to Comply with Previous Orders of this Court and for the Sanction
of Dismissal of Plaintiff's Claims as to all Defendants, filed
April 21, 2006.[1]  Defendants seek sanctions against Plaintiff
Linda Scott Harris on account of her failure to provide discovery
responses despite an order to compel by the Court.  Magistrate
Judge Pham held a hearing regarding the instant motion.  He

---

[1] The motion was filed by Defendants Corrections Corporation
of America, Danny Scott, and Magnola Vaughn (hereinafter
"Defendants").

recommended that this Court deny Defendants' motion to dismiss as moot, because Defendants' moved to withdraw their motion to dismiss at the hearing.  Additionally, the magistrate judge recommended that the Court deny Defendants' motion for attorney's fees.  No party has filed any objections to the magistrate judge's report.

The Court has reviewed the Report and Recommendation and the relevant briefs.  Based on a <u>de novo</u> review of the record before the magistrate judge, the Court ADOPTS the Report and Recommendation in its entirety.

So ORDERED this 21st day of June, 2006.


<u>/s/ Jon P. McCalla</u>
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2